**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

NORTHERN STATES POWER CO., a Minnesota Corp., d/b/a Xcel Energy,

Plaintiff,

v.

FEDERAL TRANSIT ADMINISTRATION, an administration of the United States Department of Transportation; MINNESOTA DEPARTMENT OF TRANSPORTATION; ELWYN TINKLENBERG, Commissioner of Transportation, individually and officially; MINNESOTA METROPOLITAN COUNCIL; and the STATE OF MINNESOTA

Defendants.

Civil No. 01-295 (JRT/FLN)

**NOTICE OF INITIAL PRETRIAL CONFERENCE**

---

Timothy R. Thornton, BRIGGS & MORGAN, 80 South Eighth Street, Ste. 2400, Minneapolis, MN 55402, for plaintiff.

Mary Trippler, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, 300 South Fourth Street, Ste. 600, Minneapolis, MN 55415, for defendant Federal Transit Administration.

Donald J. Mueting and Peter B. Hofrenning, Assistant Attorneys General, OFFICE OF THE MINNESOTA ATTORNEY GENERAL, 525 Park Street, Ste. 200, St. Paul, MN 55101, for defendants MnDOT, Tinklenberg, and the State of Minnesota.

MAR 1 2 2001
FILED____________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____________
DEPUTY CLERK____________

Lewis A. Remele, Jr. and Andrew L. Marshall, BASSFORD, LOCKHART, TRUESDELL & BRIGGS, 33 South Sixth Street, Suite 3550, Minneapolis, MN 55402, for defendant Metropolitan Council.

If any parties or counsel are not listed, counsel for plaintiff shall provide them with a copy of this Notice.

## I. DATE, TIME, PLACE AND PARTICIPANTS

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and Local Rule 16.2 of the Local Rules of Procedure for the District of Minnesota, an initial pretrial conference in the above captioned matter will be held on April 6, 2001, at 9:00 a.m. before United States District Judge John R. Tunheim in Courtroom 13 East, United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota. The Court intends to handle this case on an expedited basis.

## II. MEETING AND REPORT REQUIRED BY RULE 26(F)

A. Pursuant to Federal Rule of Civil Procedure 26(f), trial counsel for each party shall meet in person within 10 days of the date of this Notice, or at such later date agreed to by the parties, but in NO event no later than 14 days before the scheduled initial pretrial conference. At the meeting, counsel shall discuss the nature and basis of their claims and defenses, and the possibilities for a prompt resolution of the case.

B. Counsel shall make or arrange for the disclosures required by Federal Rules of Civil Procedure 26(a)(1), and shall jointly prepare and file with the Clerk of Court a complete written Report of the Rule 26(f) meeting. The Report shall be prepared in accordance with Local Rule 16.2, and in the form prescribed in Form 3 of the Local

Rules of this Court. Counsel shall also deliver to chambers of this Court, Suite 13E, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, a copy of the Report. The Report shall be filed within 10 days after counsel have met pursuant to Rule 26(f).

DATED: March 12, 2001
at Minneapolis, Minnesota.

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge