**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

NORTHERN STATES POWER CO., a Minnesota Corp., d/b/a Xcel Energy,

Plaintiff,

v.

FEDERAL TRANSIT ADMINISTRATION, an administration of the United States Department of Transportation; MINNESOTA DEPARTMENT OF TRANSPORTATION; ELWYN TINKLENBERG, Commissioner of Transportation, individually and officially; MINNESOTA METROPOLITAN COUNCIL; and the STATE OF MINNESOTA

Defendants.

Civil No. 01-295 (JRT/FLN)

**PRETRIAL SCHEDULE**

---

Timothy R. Thornton, BRIGGS & MORGAN, 80 South Eighth Street, Ste. 2400, Minneapolis, MN 55402, for plaintiff.

Mary Trippler, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, 300 South Fourth Street, Ste. 600, Minneapolis, MN 55415, for defendant Federal Transit Administration.

Donald J. Mueting, Assistant Attorneys General, OFFICE OF THE MINNESOTA ATTORNEY GENERAL, 525 Park Street, Ste. 200, St. Paul, MN 55101, for defendants MnDOT, Tinklenberg, and the State of Minnesota.

Lewis A. Remele, Jr. and Andrew L. Marshall, BASSFORD, LOCKHART, TRUESDELL & BRIGGS, 33 South Sixth Street, Suite 3550, Minneapolis, MN 55402, for defendant Metropolitan Council.

FILED APR 0 9 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure that just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing oaf good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

a. All motions, which seek to amend the pleadings or add parties, must be served by **June 15, 2000**.

b. All non-expert discovery shall be commenced in time to be completed by **December 1, 2001**.

c. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before **April 13, 2001**. The FTA will have 15 days after the Court decides its motion to dismiss in which to make the required disclosures.

d. No more than **50** interrogatories, including all discrete subparts shall be served per side. The FTA will have an additional 20 interrogatories if necessary.

e. No more than **50** requests for admissions shall be served per side. The FTA will have an additional 20 admissions if necessary.

f. No more than **50** document requests shall be served per side. The FTA will have an additional 20 document requests if necessary.

g. No more than **20** factual depositions shall be taken per side. The FTA will be given leave to request additional factual depositions if necessary.

h. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served by **January 1, 2002**. Non-dispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By plaintiff on or before **September 1, 2001**.

2) By defendant on or before **October 1, 2001**.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By plaintiff on or before **September 1, 2001**.

2) By defendant on or before **October 1, 2001**.

c. Each party may depose expert witnesses on or before **December 1, 2001**.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed prior to **February 15, 2002**.

b. Judge Tunheim's Calendar Clerk, Lou Jean Gleason, (612-664-5083), will contact counsel with a hearing date after all papers have been submitted.

c. All dispositive motions shall be, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial:

a. This case shall be ready for trial no later than **March 15, 2002**, at which time it will be placed on the court's jury trial calendar.

DATED: April 9, 2001
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge