Bond No. 1005

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Northern States Power Co., a Minnesota Corp., DBA Xcel Energy,
Plaintiff,

vs.

Federal Transit Administration, an administration of the United States Department of Transportation, Elwyn Tinklenberg, Commissioner of Transportation, individually and officially, Minnesota Metropolitan Council, and the State of Minnesota,
Defendants.

# BOND FOR PRELIMINARY INJUNCTION

COURT FILE NO. 01-CV-295 JRT/FLN

KNOW ALL BY THESE PRESENTS, in consideration of the underwriting conditions agreed to and the premium paid, That we, Minnesota Metropolitan Council, as Principal and MINNESOTA LAWYERS MUTUAL INSURANCE COMPANY of Minneapolis, Minnesota, as Surety, are held and firmly bound unto Xcel Energy, as Obligee(s), in the above entitled action in the sum of ($50,000.00) Fifty Thousand and No/100 Dollars, lawful money of the United States of America to be paid unto the said Xcel Energy, heirs, executors, and administrators or assigns, for which payment well and truly to be made, we bind ourselves, our heirs, executors and administrators, firmly by these presents.

That the Principal(s) on their own and by their Attorney will at all times indemnify and save the Surety harmless from and against every claim, demand, liability, cost, charge, counsel fee, expense, suite, order, judgment or adjudication whatsoever in consequence of any bond, undertaking or recognizance executed or procured by the Surety as mentioned herein, and in the event of payment by the Surety the principal(s) agree(s) to accept the voucher of other evidence of the propriety thereof and of the principals' liability therefore to the Surety.

THE CONDITION OF THIS OBLIGATION IS SUCH That whereas the above named Defendant(s) has/have duly applied for a Preliminary Injunction against said Plaintiff(s) in this action according to the statute in such case provided.

NOW THEREFORE, if the said Defendant(s) shall pay the said Plaintiff(s) such damages as it sustain(s) by reason of said Writ, if the Court finally decides that the said Defendant(s) is/are not entitled thereto, then this obligation shall be void; otherwise to remain in full force.

FILED JUN 0 7 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

IN TESTIMONY WHEREOF, We have hereunto set our hands and seals this 29th day of May, 2001.

Signed, Sealed and Delivered in Presence of:

Minnesota Metropolitan Council

By: ____________________

Witness

Lewis A. Remele, Jr., Attorney

Minnesota Lawyers Mutual Insurance Company

By: Nicholas L. Newton

Witness

Nicholas L. Newton, Attorney-in-Fact

Approved this 7th day of June, 2001

____________________ Judge

## ACKNOWLEDGMENT OF PRINCIPAL(S)

STATE OF MINNESOTA

COUNTY OF HENNEPIN

BE IT KNOWN, that on the 29th day of May, 2001, personally appeared before me, Lewis A. Remele, Jr. to me well known to be the person who executed the foregoing bond, and has acknowledged the same to be his own free act and deed, and that he executed the same for the uses and purposes therein expressed.

LORETTA A. FLYNN
NOTARY PUBLIC – MINNESOTA
My Comm. Expires Jan. 31, 2005

Notary Public

## ACKNOWLEDGMENT OF SURETY

STATE OF MINNESOTA

COUNTY OF HENNEPIN

On this 29th day of May, 2001, before me personally appeared Nicholas L. Newton to me personally known, who being sworn did say that he is the Attorney-In-Fact of the MINNESOTA LAWYERS MUTUAL INSURANCE COMPANY, that the seal affixed to the foregoing instrument is the corporate seal of that corporation, and that said instrument was executed on behalf of the corporation by authority of its Board of Directors; he acknowledged said instrument to be the free act and deed of said corporation.

CHERYL L. BREYEN
NOTARY PUBLIC-MINNESOTA
MY COMMISSION EXPIRES 1-31-2005

Cheryl L. Breyen

Notary Public

# MINNESOTA LAWYERS MUTUAL INSURANCE COMPANY

## GENERAL POWER OF ATTORNEY

**Know all men by these Presents,** that MINNESOTA LAWYERS MUTUAL INSURANCE COMPANY has made, constituted and appointed, and by these presents does make, constitute and appoint NICHOLAS L. NEWTON, JEFFREY R. MAAS, CHERYL L. BREYEN, MARGARET WUEBKERS, STACEY SCHMIDT
its true and lawful attorney(s)-in-fact, for it and in its name, place, and stead to execute on behalf of the said Company, as surety, bonds, undertakings and contracts of suretyship to be given to all Obligees provided that no bond or undertaking or contract of suretyship executed under this authority shall exceed in amount the sum of **Two Hundred Fifty Thousand Dollars ($250,000.00)**.

This power of Attorney is granted and is signed and sealed by facsimile under and by the authority of the following Resolution adopted by the Board of Directors of the Company on the 18th day of April, 2001;

"**Surety Bonds and Undertakings**

Appointment of Attorney-in-Fact

The President or any Vice President, may, from time to time, appoint by written certificates, attorneys-in-fact to act in behalf of the Company in the execution of bonds, undertakings and other obligatory instruments of like nature. The signature of any officer authorized hereby may be affixed by facsimile to any power of attorney or special power of attorney or certification of either authorized hereby; such signature, when so used, being adopted by the Company with the same force and effect as though manually affixed. Such attorney-in-fact, subject to the limitations set forth in their respective certificates of authority shall have full power to bind the Company by their signature and execution of any such instruments. The President or any Vice President, the Board of Directors or any other officer of the company may at any time revoke all power and authority previously given to any attorney-in-fact."

The signature of any such officer may be printed by facsimile.

**In Witness Whereof,** MINNESOTA LAWYERS MUTUAL INSURANCE COMPANY has caused these presents to be signed by its President and attested by one of its Vice Presidents this 1 day of MAY, 2001.

MINNESOTA LAWYERS ~~MUTUAL~~ INSURACE COMPANY

Attest: [signature] By: [signature]
Timothy J. Gephart, Vice President — Joseph H. Bixler, President

PAMELA M KOETZ
NOTARY PUBLIC - MINNESOTA
HENNEPIN COUNTY
My Commission Expires Jan. 31, 2005

STATE OF MINNESOTA

COUNTY OF HENNEPIN

On the 1st day of May, 2001 before me, a Notary Public, personally appeared JOSEPH H. BIXLER, who being duly sworn, acknowledged that he signed the above Power of Attorney as President of the said MINNESOTA LAWYERS MUTUAL INSURANCE COMPANY and acknowledged said instrument to be the voluntary act and deed of said corporation.

I, the undersigned, President of MINNESOTA LAWYERS MUTUAL INSURANCE COMPANY, a Minnesota corporation, DO HEREBY CERTIFY that the foregoing and attached Power of Attorney, is now in force.

Signed and sealed at the City of Minneapolis, in the State of Minnesota,
Date the 29 day of May, 2001

[signature]
Joseph H. Bixler, President

001005