**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Northern States Power Co., a Minnesota Corp., d/b/a Xcel Energy,

Plaintiff,

vs.

Federal Transit Administration, an administration of the United States Department of Transportation, Minnesota Department of Transportation, Elwyn Tinklenberg, Commissioner of Transportation, individually and officially, Minnesota Metropolitan Council, and the State of Minnesota,

Defendants.

**Court File No. 01-CV-295 JRT/FLN**

**ORDER TO SHOW CAUSE**

---

Having considered Defendants' Motion for an Order to Show Cause, and based on the submissions to the Court and the entire file and proceedings herein, it appearing that good cause exists for issuance of the order, it is **ORDERED** that:

1. Defendants' motion for an Order to Show Cause is **GRANTED**;

2. Plaintiff **XCEL ENERGY SHALL APPEAR** before this Court on Wednesday, July 18, 2001 at 2:00 p.m. at the United States Courthouse, Suite 13E, 300 South Fourth Street, Minneapolis, Minnesota to show cause why it should not be held in contempt of this Court's Preliminary Injunction Order dated May 23, 2001, and to show cause why it should not have to post a surety bond pursuant to Minn. Stat. § 562.02.

JUL 1 3 2001
FILED
RICHARD D. SLETTEN
JUDGMENT ENTD
DEPUTY CLERK

It is **FURTHER ORDERED** that:

3. Plaintiff **XCEL ENERGY SHALL APPEAR BY AND THROUGH** an Executive of the company who has substantial knowledge of the utility protection/relocation issues involved in this case, and who has the authority to decide on a protection/relocation plan and to order such work to commence.

Dated: 7/13/01

John R. Tunheim

Hon. John R. Tunheim
United States District Judge