**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

NORTHERN STATES POWER COMPANY
d/b/a Xcel Energy,

Civil No. 01-295 (JRT/FLN)

Plaintiff,

v.

FEDERAL TRANSIT ADMINISTRATION; MINNESOTA DEPARTMENT OF TRANSPORTATION; ELWYN TINKLENBERG, Commissioner of Transportation, individually and officially, MINNESOTA METROPOLITAN COUNCIL; and the STATE OF MINNESOTA,

Defendants.

**ORDER**

---

Timothy R. Thornton, BRIGGS AND MORGAN, 2400 IDS Center, 80 South Eighth Street, Minneapolis, MN, 55402, for plaintiff.

Mary L. Trippler, Assistant United States Attorneys, OFFICE OF THE UNITED STATES ATTORNEY, 600 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN, 55415, for defendant Federal Transit Authority.

Donald J. Mueting and Ann K. Bloodhart, Assistant Attorneys General, OFFICE OF THE MINNESOTA ATTORNEY GENERAL, 525 Park Street, #200, St. Paul, MN, 55101, for defendants Minnesota Department of Transportation, Elwyn Tinklenberg, and the State of Minnesota.

Lewis A. Remele, Jr., Andrew L. Marshall, and J. Scott Andresen, BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A., 3550 Multifoods Tower, 33 South Sixth Street, Minneapolis, MN, 55402, for defendant Minnesota Metropolitan Council.

FILED JUL 2 0 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

The parties were before the Court on Wednesday, July 18, 2001, on the Court's Order to Show Cause why plaintiff Xcel Energy ("Xcel") should not be held in contempt of this Court's May 24, 2001 Order and why it should not be required to post a surety bond. At the close of the hearing, the Court instructed the parties to submit proposed dates for particular aspects of the Hiawatha Light Rail project. Upon reviewing the parties' submissions, the Court now adopts the following dates relating to the planning and commencement of plaintiff's utility facilities relocation:

- **July 24, 2001** The Minnesota Department of Transportation ("MnDOT") shall provide Xcel with the specifications and configuration of the railbed conduit as well as the number of conduits that will be available to Xcel.

- **August 7, 2001** MnDOT shall provide Xcel with firm specifications and pricing for the railbed relocation option, including incremental costs that would be paid by Xcel.

- **August 13, 2001** Xcel shall inform MnDOT of its proposed utility relocation option.

- **August 17, 2001** MnDOT shall notify Xcel whether the proposed option has been approved.

- **August 20, 2001** Xcel will begin construction activity to accommodate the LRT project, contingent upon obtaining necessary permit approvals.

Additionally, the Court denies any pending motions before it. However, failure to adhere to the dates set forth above without good cause will be grounds for the Court's reconsideration of the contempt and sanctions motions that have previously been brought by the parties. The Court commends the parties on the recent progress that has been made concerning potential relocation plans and reiterates the need for the parties to

cooperate in the planning and commencement of relocation efforts for plaintiff's utility facilities.

DATED: July 20, 2001
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500