**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| Northern States Power Company, a Minnesota Corporation, d/b/a Xcel Energy,<br><br>Plaintiff,<br><br>v.<br><br>Federal Transit Administration, an administration of the United States Department of Transportation, Minnesota Department of Transportation, Elwyn Tinklenberg, Commissioner of Transportation, individually and officially, Metropolitan Council, and the State of Minnesota,<br><br>Defendants. | Civil File No. 01-CV-295 JRT/FLN<br><br>**STIPULATION TO AMEND SCHEDULING ORDER** |

WHEREAS, Xcel Energy, Met Council and State Defendants have agreed to produce Rule 26(a)(2) reports for employees and other unretained potential expert witnesses;

NOW THEREFORE the above-captioned parties, through their undersigned counsel, hereby stipulate and agree to amend the Scheduling Order in this matter as follows:

1. Plaintiff's deadline for producing Rule 26(a)(2) reports shall now be October 10, 2001; and

2. Defendants' deadline for producing Rule 26(a)(2) reports shall now be November 10, 2001.

OCT 1 5 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: September 28, 2001

**BRIGGS AND MORGAN**

By________________________

Timothy R. Thornton (#109630)
Thomas J. Basting, Jr. (#283691)
2400 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 334-8400

**ATTORNEYS FOR PLAINTIFF XCEL ENERGY**

Dated: ~~September~~ October 3, 2001

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

By________________________

Lewis A. Remele, Jr. (#90724)
Andrew L. Marshall (#176849)
J. Scott Andresen (#0292953)
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 333-3000

**ATTORNEYS FOR DEFENDANT MINNESOTA METROPOLITAN COUNCIL**

Dated: ~~September~~ Oct. 8, 2001

MIKE HATCH
**Attorney General's Office**
**State of Minnesota**

By [signature]
Donald J. Mueting (#75929)
Ann K. Bloodhart (#248393)
Assistant Attorney General
525 Park Street, Suite 200
St. Paul, MN 55101-2127
Telephone: (651) 297-2040

**ATTORNEYS FOR DEFENDANT STATE**

Dated: ~~September~~ October 10, 2001

**U.S. DEPARTMENT OF JUSTICE**

By [signature] M. Trippler
Mary L. Trippler (#110887)
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55402
Telephone: (612) 664-5600

**ATTORNEYS FOR DEFENDANT FTA**

**ORDER**

Based upon the foregoing Stipulation of the parties, it is hereby ordered that the Scheduling Order in the above-captioned matter is amended as follows:

1. The deadline for Plaintiff's to produce Rule 26(a)(2) reports shall now be October 10, 2001; and

2. The deadline for Defendants to produce Rule 26(a)(2) reports shall now be November 10, 2001.

Dated: Oct. 15, 2001

Franklin L. Noel

Magistrate Judge Franklin L. Noel

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500