**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

NORTHERN STATES POWER COMPANY d/b/a Xcel Energy,

Plaintiff,

Civil No. 01-295 (JRT/FLN)

v.

FEDERAL TRANSIT ADMINISTRATION; MINNESOTA DEPARTMENT OF TRANSPORTATION; ELWYN TINKLENBERG, Commissioner of Transportation, individually and officially, MINNESOTA METROPOLITAN COUNCIL; and the STATE OF MINNESOTA,

Defendants.

**ORDER**

---

Timothy R. Thornton, BRIGGS AND MORGAN, 2400 IDS Center, 80 South Eighth Street, Minneapolis, MN, 55402, for plaintiff.

Mary L. Trippler, Assistant United States Attorneys, OFFICE OF THE UNITED STATES ATTORNEY, 600 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN, 55415, for defendant Federal Transit Authority.

Donald J. Mueting and Ann K. Bloodhart, Assistant Attorneys General, OFFICE OF THE MINNESOTA ATTORNEY GENERAL, 525 Park Street, #200, St. Paul, MN, 55101, for defendants Minnesota Department of Transportation, Elwyn Tinklenberg, and the State of Minnesota.

Lewis A. Remele, Jr., Andrew L. Marshall, and J. Scott Andresen, BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A., 3550 Multifoods Tower, 33 South Sixth Street, Minneapolis, MN, 55402, for defendant Minnesota Metropolitan Council.

FILED NOV 06 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ____
DEPUTY CLERK ____

On November 2, 2001, the Eighth Circuit Court of Appeals affirmed the Court's Order granting a preliminary injunction in this case with the exception that the state defendants posting a bond in the amount of $ 8,000,000. Defendants shall submit the bond to the Court, which the Court will approve unless the parties show good cause why such bond should not be required or approved.

DATED: Nov 6, 2001
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge