UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Northern States Power Company,

Plaintiff,

v.

Federal Transit Administration, et al,

Defendants.

Civil No. 01-295 JRT/FLN

ORDER

---

Timothy R. Thornton for the Plaintiff.
Mary Tripper Assistant United States Attorney for Defendant Federal Transit Administration.
Donald J. Mueting, Assistant Attorney General for Defendant State of Minnesota.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge for a hearing on November 26, 2001, on the State Defendant's Motion for a Protective Order [#75] and Defendant Federal Transit Administration's Motion for Protective Order Limiting Judicial Review and for an Order Quashing Plaintiff's Rule 30(b)(6) Deposition [#79].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The State Defendants Motion for a Protective Order [#75] is **GRANTED**. See United States v. Morgan, 313 U.S. 409 (1941). Plaintiff shall not take the deposition of Elwyn Tinklenberg.

2. Defendant Federal Transit Administration's ("FTA") Motion for Protective Order Limiting Judicial Review and for an Order Quashing Plaintiff's Rule 30(b)(6) Deposition [#79] is **GRANTED** as follows:

   a. Any discovery pertaining to Plaintiff's claims against the Defendant FTA in this litigation, is limited to the Administrative Record;

   b. Insofar as the Plaintiff seeks to discover from the FTA information relevant

FILED NOV 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

to its claims against the other Defendants, the Plaintiff shall first utilize discovery devices other than a Rule 30(b)(6) deposition;

c. Should Plaintiff be unable to discover all that it is entitled to learn, and can show good cause why a 30(b)(6) deposition of the FTA is needed, the Court will entertain a motion by Plaintiff to compel such a deposition.

DATED: Nov. 29, 2001.

Franklin L. Noel
FRANKLIN L. NOEL
Chief Magistrate Judge