UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Northern States Power Company,

Plaintiff,

v.

Federal Transit Administration, et al.,

Defendants.

Civil No. 01-295 JRT/FLN

**ORDER**

---

Timothy R. Thornton, Esq., for the Plaintiff.
Mary Trippler, Assistant United States Attorney for Defendant Federal Transit Administration.
LeAnne Litfin, Assistant Attorney General for Defendant State of Minnesota.
Andrew Marshall, Esq., for Defendant Minnesota Metropolitan Council.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge for a hearing on January 28, 2002, on Plaintiff's Motion to: (1) Amend the Complaint [#88]; and (2) Compel Responses to Discovery Requests [#90].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Amend the Complaint [#88] is **DENIED**;

2. Plaintiff's Motion to Compel Responses to Discovery Requests [#90] is **GRANTED**.

DATED: Feb. 1, 2002.

Franklin L. Noel
FRANKLIN L. NOEL
CHIEF MAGISTRATE JUDGE

FILED FEB 01 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK