**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Northern States Power Company,

Plaintiff,

v. **CIVIL 01-295 (JRT/FLN)**

Federal Transit Administration, et al.,

Defendant.

- - - - - - - - - - - - - - - - - -

Northern States Power Company,

Plaintiff,

v. **CIVIL 02-888 (JMR/SRN)**

Federal Transit Administration, et al.,

Defendant.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

---

Case No. 01-295 having been assigned to Judge John R. Tunheim and Case Nos. 02-888 having later been assigned to Chief Judge James M. Rosenbaum and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 02-888 be assigned to Judge John R. Tunheim and Magistrate Judge Franklin L. Noel, nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Order for Assignment of Cases dated April 2, 2001.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

DATED: April 30, 2002.

Judge John R. Tunheim
United States District Court

DATED: April 30, 2002.

Chief Judge James M. Rosenbaum
United States District Court

(3)

FILED ______ 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Pursuant to an Order of Reassignment of Related Cases, this case is reassigned to

Judge John R. Tunheim
and
Magistrate Judge Franklin L. Noel

NEW CASE INFORMATION 02-888 JRT/FLN
Use this case information for all further filings.