*Jennifer M. Ryan*
*Court Reporter*

# I N V O I C E

TO: Bassford, Lockhart
Truesdell & Briggs, P.A.
4200 Multifoods Tower
33 SOuth Sixth Street
Minneapolis, Minnesota 55402

Invoice #2139
Date: 3/11/2002

Attn: Andrew Marshall, Attorney-at-Law

| Description | Total |
|---|---|
| Xcel vs. FTA, et al. | |
| Original and one transcript copy of: | |
| Alan Higgins - taken 2/6/02 | |
| Keith Olson - taken 11/26/01 | |
| Scott Zima - taken 11/8/01 | |
| Joseph Mansur - taken 11/8/01 | |
| (X) Original/Copy | $1123.95 |
| (X) Appearance Fee | $ 437.50 |
| ( ) Copy | $ |
| ( ) Condensed | $ |
| (X) Exhibits | $ 25.00 |
| (X) Postage/Delivery | $ 10.00 |
| Balance Due: | $1596.45 |

Please make check payable to: Jennifer M. Ryan

TAX ID# 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

Net 30 Days

2433 Irving Avenue South | Minneapolis, MN 55405
*612-377-6339 Fax: 612-377-2889 e-mail: jryantorgerson@aol.com*

TO:

Andrew Marshall, Esquire
BASSFORD, LOCKHART, TRUESDELL & BRIGGS
3550 Multifoods Tower
Minneapolis, MN 55402

METROPOLITAN COURT REPORTERS, INC.
Remit to: 2350 One Financial Plaza
Minneapolis, Minnesota 55402
612/333-7333

February 10, 2002

Re: Xcel -vs- MnDOT, etl al - Light Rail Litigation

For services rendered in connection with the depositions of Theodore Mondale, Paul Malamen, Larry L. Schedin and Edwin A. Wetzel, taken January 30, 31, 2002, at St. Paul and Minneapolis, MN.... $499.80

JOHN T. KIRBY

+ Thank you +

**- Note 30 Line Page -**

Please make check payable to:
**METROPOLITAN COURT REPORTERS**
TAX IDENTIFICATION NO. 41-1249339

**SEND COPY with check**

$499.80

Service Charge of 1% due after 90 days. Finance Charge of 1% per month.

*Jennifer M. Ryan*
*Court Reporter*

# I N V O I C E

TO: Bassford Lockhart Law Firm
33 South Sixth Street
3550 Multifoods Tower
Minneapolis, MN 55402

Invoice #2126
Date: 2/3/2002

Attn: Andrew L. Marshall, Attorney-at-Law

| Description | Total |
|---|---|
| Xcel Energy vs. FTA, Et al. | |
| Original and one transcript copy of: | |
| Daniel Moe - taken 11/26/2001 | |
| (X)Original/Copy | $ 325.50 |
| (X)Appearance Fee | $ 105.00 |
| ( )Copy | $ |
| ( )Condensed | $ |
| (X)Exhibits | $ 9.75 |
| (X)Postage/Delivery | $ 5.00 |
| Balance Due: | $ 445.25 |

Please make check payable to: Jennifer M. Ryan

TAX ID# 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

Net 30 Days

2433 Irving Avenue South Minneapolis, MN 55405
*612-377-6339 Fax: 612-377-2889 e-mail: jryantorgerson@aol.com*

*Jennifer M. Ryan*
*Court Reporter*

# I N V O I C E

TO: Bassford Lockhart Law Firm
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402

Invoice #2115
Date: 1/13/02

Attn: Andrew L. Marshall, Attorney-at-Law

| Description | Total |
|---|---|
| NSP d/b/a Xcel Energy vs. Federal Transit Administration, et al. | |
| Original and one transcript copy of: | |
| Glenn Gauger - taken 12/18/2001 | |
| Robert Decker - taken 12/12/2001 | |
| (X)Original/Copy | $ 610.70 |
| (X)Appearance Fee | $ 437.50 |
| ( )Copy | $ |
| ( )Condensed | $ |
| (X)Exhibits | $ 41.50 |
| (X)Postage/Delivery | $ 6.95 |
| Balance Due: | $1096.65 |

Please make check payable to: Jennifer M. Ryan

TAX ID# 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

Net 30 Days

2433 Irving Avenue South Minneapolis, MN 55405
*612-377-6339 Fax: 612-377-2889 e-mail: jryantorgerson@aol.com*

Jennifer M. Ryan
Court Reporter

# INVOICE

TO: Bassford Lockhart Truesdell
& Briggs, P.A.
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402

Invoice #2109
Date: 12/24/01

Attn: Andrew L. Marshall, Attorney-at-Law

| Description | Total |
|---|---|
| NSP d/b/a Xcel Energy vs. Federal Transit Administration, et al. | |
| Original and one transcript copy of: | |
| Jim Kucera - taken 11/5/2001 | |
| (X)Original/Copy | $ 711.00 |
| (X)Appearance Fee | $ 315.00 |
| ( )Copy | $ |
| ( )Condensed | $ |
| (X)Exhibits | $ 21.00 |
| (X)Postage/Delivery | $ 5.00 |
| Balance Due: | $1052.00 |

Please make check payable to: Jennifer M. Ryan

TAX ID# 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

Net 30 Days

2433 Irving Avenue South Minneapolis, MN 55405
612-377-6339 Fax: 612-377-2889 e-mail: jryantorgerson@aol.com

**METROPOLITAN COURT REPORTERS, INC.**
[illegible] 2350 One Financial Plaza
Minneapolis, Minnesota 55402
612/333-7333

J. Scott Andre[illegible], Esquire
BASSFORD, LOCKHART, TRUESDELL & BRIGGS
3550 Multifoods Tower
Minneapolis, MN 55402

December 17, 2001

| | | |
|---|---|---|
| | Re: NSP-Xcel vs. FTA, MnDOT, et al | |
| 12-12-01 | For services rendered in connection with one copy of the deposition of Brian C. Kaub, taken at Minneapolis, MN...... | $276.90 |
| | JOHN T. KIRBY | |
| | + Thank you + | |
| | **- Note 30 Line Page -** | |
| | Please make check payable to: **METROPOLITAN COURT REPORTERS** TAX IDENTIFICATION NO. 41-1249339 | $276.90 |
| | **SEND COPY with check** | |

Service Charge of 1% due after 90 days. Finance Charge of 1% per month.

*Jennifer M. Ryan*
*Court Reporter*

# I N V O I C E

TO: Bassford Lockhart Law Firm
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402

Invoice #2104
Date: 12/10/01

Attn: Andrew L. Marshall, Attorney-at-Law

| Description | Total |
|---|---|
| NSP d/b/a Xcel Energy vs. Federal Transit Administration, et al. | |
| Original and one transcript copy of: | |
| John Pacheco, Jr. - taken 11/9/2001 | |
| (X)Original/Copy | $ 195.20 |
| (X)Appearance Fee | $ 70.00 |
| ( )Copy | $ |
| ( )Condensed | $ |
| (X)Exhibits | $ 1.75 |
| (X)Postage/Delivery | $ 5.00 |
| Balance Due: | $ 271.95 |

Please make check payable to: Jennifer M. Ryan

TAX ID# 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

Net 30 Days

2433 Irving Avenue South Minneapolis, MN 55405
*612-377-6339 Fax: 612-377-2889 e-mail: jryantorgerson@aol.com*

Jennifer M. Ryan
Court Reporter

# I N V O I C E

TO: Bassford Lockhart Truesdell & Briggs, P.A.
33 South Sixth Street
3550 Multifoods Tower
Minneapolis, MN 55402

Invoice #2099
Date: 12/5/2001

Attn: Andrew L. Marshall, Attorney-at-Law

| Description | Total |
|---|---|
| NSP d/b/a Xcel Energy vs. Federal Transit Administration, et al. | |
| Original and one transcript copy of: Ken Zagzebski - taken 11/21/2001 | |
| (X)Original/Copy | $ 319.00 |
| (X)Appearance Fee | $ 105.00 |
| ( )Copy | $ |
| ( )Condensed | $ |
| (X)Exhibits | $ 1.25 |
| (X)Postage/Delivery | $ 5.00 |
| Balance Due: | $ 430.25 |

Please make check payable to: Jennifer M. Ryan

TAX ID# 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

Net 30 Days

2433 Irving Avenue South Minneapolis, MN 55405
612-377-6339 Fax: 612-377-2889 e-mail: jryantorgerson@aol.com

*Luann R. Jones*
*Court Reporter*

# I N V O I C E

** Please include invoice number on check **

INVOICE NO. 1429

DATE: 11/30/2001

TO: Andrew L. Marshall, Esq.
Bassford, Lockhart, Truesdell & Briggs
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402

RE: XCEL ENERGY VS. FTA, ET AL.

DEPOSITION TRANSCRIPT OF: JOEL LIMOGES

---

DATE OF DEPOSITION: 11/09/01

| | | |
|---|---|---|
| (X) | Original/one copy | $ 278.80 |
| ( ) | One copy | |
| (X) | ASCii and condensed enclosed | |
| ( ) | Original to be forwarded upon completion of reading and signing within 30 days | |
| ( ) | Copy of exhibits enclosed | |
| (X) | Original enclosed | |
| | TOTAL DUE: | $ 279.80 |

[redacted]

Tax ID No. 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

Net 30 Days

[redacted]

*3416 Longfellow Avenue So. Minneapolis, MN 55407*
*612-276-0216 Fax: 612-276-0720*

*Jennifer M. Ryan*
*Court Reporter*

# I N V O I C E

TO: Bassford Lockhart Truesdell
& Briggs, P.A.
33 South Sixth Street
3550 Multifoods Tower
Minneapolis, MN 55402

Invoice #2088
Date: 11/19/01

Attn: Andrew L. Marshall, Attorney-at-Law

| Description | Total |
|---|---|
| NSP d/b/a Xcel Energy vs. Federal transit Administration, et al | |
| Original and one transcript copy of: | |
| Kent Larson - taken 11/1/01 | |
| (X) Original/Copy | $ 722.10 |
| (X) Appearance Fee | $ 245.00 |
| ( ) Copy | $ |
| ( ) Condensed | $ |
| (X) Exhibits | $ 7.50 |
| (X) Postage/Delivery | $ 5.00 |
| Balance Due: | $ 979.60 |

Please make check payable to: Jennifer M. Ryan

TAX ID# 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

Net 30 Days

2433 Irving Avenue South Minneapolis, MN 55405
*612-377-6339 Fax: 612-377-2889 e-mail: jryantorgerson@aol.com*

*Jennifer M. Ryan*
*Court Reporter*

# I N V O I C E

TO: Bassford Lockhart Law Firm
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402

Invoice #2094
Date: 11/28/01

Attn: Andrew L. Marshall, Attorney-at-Law

| Description | Total |
|---|---|
| NSP d/b/a Xcel Energy vs. Federal Transit Administration, et al. | |
| Original and one transcript copy of: | |
| George Webb - taken 11/2/01 | |
| (X)Original/Copy | $ 366.00 |
| (X)Appearance Fee | $ 140.00 |
| ( )Copy (Condensed) | $ |
| ( )Condensed | $ |
| (X)Exhibits | $ 1.00 |
| (X)Postage/Delivery | $ 5.00 |
| Balance Due: | $ 512.00 |

Please make check payable to: Jennifer M. Ryan

TAX ID# 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

Net 30 Days

2433 Irving Avenue South, Minneapolis, MN 55405
*612-377-6339 Fax: 612-377-2889 e-mail: jryantorgerson@aol.com*

*Jennifer M. Ryan*
*Court Reporter*

# I N V O I C E

TO: Bassford Lockhart Truesdell
& Briggs, P.A.
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402

Invoice #2080
Date: 11/12/01

Attn: Andrew L. Marshall, Attorney-at-Law

- - - - - - - - - - - - - - - - - - - - - - - -

| Description | Total |
| --- | --- |

- - - - - - - - - - - - - - - - - - - - - - - -

NSP d/b/a Xcel Energy vs. Federal Transit Administration, et al.

Original and one transcript copy of:

Richard Sinclair - taken 11/7/01

| | |
| --- | --- |
| (X)Original/Copy | $ 761.54 |
| (X)Appearance Fee | $ 245.00 |
| ( )Copy | $ |
| ( )Condensed | $ |
| (X)Exhibits | $ 10.75 |
| ( )Postage/Delivery | $ ________ |
| Balance Due: | $ 1017.29 |

Please make check payable to: Jennifer M. Ryan

TAX ID# 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

Net 30 Days

2433 Irving Avenue South Minneapolis, MN 55405
*612-377-6339 Fax: 612-377-2889 e-mail: jryantorgerson@aol.com*

*Jennifer M. Ryan*
*Court Reporter*

# I N V O I C E

TO: Bassford Lockhart Truesdell
& Briggs, P.A.
3550 Multifoods Tower
Minneapolis, MN 55402

Invoice #2092
Date: 11/25/01

Attn: Andrew L. Marshall, Attorney-at-Law

| Description | Total |
|---|---|
| NSP d/b/a Xcel Energy vs. Federal Transit Administration, et al. | |
| Original and one transcript copy of: | |
| Stephen LaCasse - taken 11/20/01 | |
| (X)Original/Copy | $ 358.80 |
| (X)Appearance Fee | $ 122.50 |
| ( )Copy | $ |
| ( )Condensed | $ |
| ( )Exhibits | $ |
| (X)Postage/Delivery | $ 5.00 |
| Balance Due: | $ 486.30 |

Please make check payable to: Jennifer M. Ryan

TAX ID# 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

Net 30 Days

2433 Irving Avenue South Minneapolis, MN 55405
*612-377-6339 Fax: 612-377-2889 e-mail: jryantorgerson@aol.com*

TO:

METROPOLITAN COURT REPORTERS, INC.
Remit to: 2350 One Financial Plaza
Minneapolis, Minnesota 55402
612/333-7333

Lewis A. Remele, Jr., Esquire
J. Scott Andresen, Esquire
BASSFORD, LOCKHART, TRUESDELL & BRIGGS
3550 Multifoods Tower
Minneapolis, MN 55402

November 21, 2001

| | | |
|---|---|---|
| | Re: Xcel vs. FTA; MnDOT; Met Council, et al | |
| November 12 - 14 2001 | For services rendered in connection with one copy of the depositions of Ed Hunter, Jitbndra Patel, Harley Heigel, Jurgen Sumann and Vicki Barron, Volume II, taken at Minneapolis, MN...... | $919.30 |
| | JOHN T. KIRBY | |
| | + Thank you + | |
| | - Note 30 Line Page - | |
| | Please make check payable to: METROPOLITAN COURT REPORTERS TAX IDENTIFICATION NO. 41-1249339 | $919.30 |
| | SEND COPY with check | |

02 NOV 21 AM 9:29

RECEIVED BASSFORD, LOCKHART

Service Charge of 1% due after 90 days. Finance Charge of 1% per month.

AO 44
(Rev. 7/95)

# UNITED STATES DISTRICT COURT

JUL - 3 2001

For the Fourth District of Minnesota

## INVOICE

NUMBER 062801C

4155-1

TO: Andrew L. Marshall
Bassford, Lockhart, Truesdell & Briggs
3550 Multifoods Tower
Minneapolis, MN 55402

PHONE: 333-3000

**NOTE**
**MAKE CHECK PAYABLE TO:**

Karen J. Grufman
Official Court Reporter
1005 U.S. Courthouse
Minneapolis, MN 55415
PHONE: 664-5105

**TRANSCRIPTS**

SS#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

☐ CRIMINAL ☒ CIVIL

DATE ORDERED 6/6/01

DATE DELIVERED 6/28/01

IN THE MATTER OF (CASE NUMBER AND TITLE)
NSP vs. FTA, et al, Cv. 01-295 JRT/FLN.

**CHARGES**

| CATEGORY | ORIGINAL | | | 1st COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | | 99 | .75 | 74.25 | | | | $74.25 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |

| | | |
|---|---|---|
| For proceedings on (Date): | **TOTAL** | $74.25 |
| Hearing on May 15, 2001, before the | LESS DISCOUNT FOR LATE DELIVERY | |
| Honorable John R. Tunheim. | LESS AMOUNT OF DEPOSIT | |
| | **TOTAL REFUNDED** | |
| | **TOTAL DUE** | $74.25 |

**ADDITIONAL INFORMATION**

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary *delivery* rate.

**CERTIFICATION**

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER Karen J. Grufman

DATE 6-28-01

*(All previous editions of this form are cancelled and should be destroyed.)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY - FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

*U.S. GPO: 1998-661-089/60097

FEB - 9 2002

NEIL K. JOHNSON REPORTING AGENCY
700 St. Paul Building
6 West 5th Street
St. Paul, Minnesota 55102
(651) 771-3744

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/5/02 | 474 |

| BILL TO |
|---|
| **Mr. J. Scott Andresen**<br>**Bassford, Lockhart, Truesdell & Briggs**<br>**3550 Multifoods Tower**<br>**33 South Sixth Street**<br>**Minneapolis, MN 55402-3787** |

| DUE DATE |
|---|
| 2/15/02 |

| DESCRIPTION | AMOUNT |
|---|---|
| **For one copy of the transcript of the hearing before Magistrate Judge Noel held on January 28, 2002.**<br><br>**Re: NSP v. Federal Transit Administration, et al.** | **111.30** |

| | | |
|---|---|---|
| **Please make check payable to LISA M. THORSGAARD; Tax I.D. #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** | **Total** | **111.30** |

**REMIT TO:**
BACHMAN PRINTING COMPANIES
510 MARQUETTE AVE., STE.222
MINNEAPOLIS, MN 55402

Bachman Cos.

Fed. Tax I.D.# 41-1847-471

No. 17848

Date 9/10/01

Customer P.O. No. 4155-1

CUSTOMER

Karen
Bassford Lockhart ***1099
33 S 6th St
Suite 3550 Multifoods Tower
Minneapolis MN 55402

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 22 | Brief of Appellee, NSP v. Federal Transit Admin., t al. Prepare cover, copy, collate, bind, serve and file. | 472.40 |

Taken by: KRISTI

Brief of Appellee, NSP v. Federal Transit Admin.,

TERMS: NET 30. Invoices past due will be subject to a finance charge of 1.5% per month.

THANK YOU. Your business is appreciated!

| | |
|---|---|
| SUB | 472.40 |
| TAX | 33.07 |
| SHIPPING | |
| TOTAL | 505.47 |

510 Marquette Avenue ■ 222 on the Skyway Minneapolis, MN 55402
phone (612) 339-9518 ■ fax (612) 337-8053 ■ (800) 715-3582
printing@bachmanprint.com

**REMIT TO:**
BACHMAN PRINTING COMPANIES
510 MARQUETTE AVE., STE.222
MINNEAPOLIS, MN 55402

Bachman Printing Cos.

# INVOICE

Fed. Tax I.D.# 41-1847-471

No. **17230**

Date 6/30/01

CUSTOMER

MAry Sue
Bassford Lockhart ***1099
33 S 6th St
Suite 3550 Multifoods Tower
Minneapolis MN 55402

Customer P.O. No.
4155-00-001

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 18 | 10 copies of the Memorandum of Law and 8 copies of the Joint Appendix. NSP Co. v. MNDOT, et al. Prepare cover, copy, collate, bind, serve and file. | 775.44 |

Taken by: KRISTI

10 copies of the Memorandum of Law and 8 copies of

| | |
|---|---|
| SUB | 775.44 |
| TAX | 54.28 |
| SHIPPING | |
| TOTAL | 829.72 |

TERMS: NET 30. Invoices past due will be subject to a finance charge of 1.5% per month.

THANK YOU. Your business is appreciated!

510 Marquette Avenue ■ 222 on the Skyway Minneapolis, MN 55402
phone (612) 339-9518 ■ fax (612) 337-8053 ■ (800) 715-3582
printing@bachmanprint.com

Joe Anderson 11/20/2001 15392

$49.66

| Inv.Date | Inv.No. | Invoice Description | Amount |
|---|---|---|---|
| 11-20-01 | #126/4155-1 | Witness fee and mileage. | 49.66 |

15392 Total: $49.66

BASSFORD, LOCKHART,
TRUESDELL & BRIGGS, P.A.
3550 MULTIFOODS TOWER
MINNEAPOLIS, MN 55402

US BANK
24-HOUR BANKING
1-800-673-3555
17-2/910 100

15392

CHECK NO. 15392

*Forty-Nine and 66/100 Dollars*-------------------------------------------------------------

DATE 11/20/2001

AMOUNT $49.66

PAY TO THE ORDER OF **Joe Anderson**

CHECKS OVER $500.00 REQUIRE 2 SIGNATURES
VOID AFTER 6 MONTHS

AUTHORIZED SIGNATURE

⑈015392⑈ ⑆091000022⑆ 160 23 26 560 35⑈

Security Features Included. Details on Back.

BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.

16099

| | | |
|---|---|---|
| Tom Weaver | 01/16/2002 | $53.14 |

| Inv.Date | Inv.No. | Invoice Description | Amount |
|---|---|---|---|
| 01-16-02 | 4155-1 | Witness fee and mileage. | 53.14 |

16099 Total: **$53.14**

CEG
CONSULTING ENGINEERS GROUP
*Engineering Powerful Solutions*℠

4300 220th Street West
Farmington, MN 55024-9583
phone (651) 463-6263
fax (651) 463-6107

FEB - 8 2002

# INVOICE

**TO:** Bassford Lockhart
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3787

Attn: Scott Andresen

**DATE:** 02/06/2002

**TERMS:** Net 30 Days

PERIOD COVERING: January 2002

| DESCRIPTION: | | QTY: | | PRICE: | NET: |
|---|---|---|---|---|---|
| Project: CEGBASS01 | | | | | |
| Technical Review - LRT | | | | | |
| Principal Engineer | | 5 | hrs | $108.00 | $540.00 |
| Sr. Project Engineer | | 66.5 | hrs | $115.00 | $7,647.50 |
| Admin/CAD Tech | | 1 | hrs | $56.00 | $56.00 |
| Expenses: | | | | | |
| | Mileage | 103 | miles | $0.365 | $37.60 |
| | Parking | | | | $37.50 |
| | Meals | | | | $15.29 |
| | Camera | | | | $10.64 |
| | IEEE Ampacity Tables & Procedures books | | | | $384.00 |
| | Overhead@10% | | | | $48.50 |
| | | | | **Subtotal:** | **$8,777.03** |

CEG
CONSULTING ENGINEERS GROUP
*Engineering Powerful Solutions*℠

7

4300 220th Street West
Farmington, MN 55024-9583
phone (651) 463-6263
fax (651) 463-6107

# INVOICE

Bassford Lockhart
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3787

Attn: Scott Andresen

**DATE:** 12/05/2001

**TERMS:** Net 30 Days

PERIOD COVERING: November 2001

| DESCRIPTION: | | QTY: | | PRICE: | NET: |
|---|---|---|---|---|---|
| Project: CEGBASS01 | | | | | |
| Technical Review - LRT | | | | | |
| Principal Engineer | | 36 | hrs | $103.00 | $3,708.00 |
| Sr. Project Engineer | | 30 | hrs | $115.00 | $3,450.00 |
| Electrical Designer | | 2.5 | hrs | $66 | $165.00 |
| Drafter | | 1.5 | hrs | $53 | $79.50 |
| Admin/CAD Tech | | 0.25 | hrs | $53 | $13.25 |
| Expenses: | | | | | |
| | Mileage | 154 | miles | $0.345 | $53.13 |
| | Parking | | | | $29.75 |
| | Meals | | | | $9.66 |
| | Overhead@10% | | | | $9.25 |
| | | | | **Subtotal:** | **$7,517.54** |

ALLIANT ENERGY.
Integrated Services

December 5, 2001

Alliant Energy Integrated Services Co.
12 South Sixth Street
920 Plymouth Building
Minneapolis, MN 55402-1508

Office: 612.339.5679
Fax: 612.370.0026
www.alliantenergyisco.com

Invoice No. SA01-0140
Project No. 206107

# INVOICE

TO: Mr. J. Scott Andresen
Bassford, Lockhart, Truesdell & Briggs, PA
3550 Multifoods Tower
33 So. 6th Street
Minneapolis, MN 55402-3787

Tax ID No. 41-1454119

Terms: Net 15 Days

RE: <u>Northern States Power (dba Xcel Energy) vs. Federal Transit Administration et al, Court File No. 01-CV-295 JRT/FLN, Alliant Energy Integrated Services, Billing for Professional Services for November, 2001</u>

Labor:

Initiate work as expert witness. Review NSP depositions and all available drawings. Participate in briefing meetings, teleconferences, and construction site visit. Prepare draft testimony regarding 115 KV underground cable relocation based on information available at that time. Obtain additional information from several sources regarding 115 KV underground cable design, history of NSP 115 KV cable and type of protection in place.

| | |
|---|---|
| Larry Schedin, Principal<br>30 hours @ $240 per hour | $ 7,200.00 |
| Diane Reinebach, Energy Manager<br>8 hours @ $140 per hour | 1,120.00 |
| Lori Wheatcroft, Project Specialist<br>12 hours @ $65 per hour | 780.00 |
| Subtotal Labor | $9,100.00 |
| Expenses: | |
| Express Mail | $ 9.38 |
| Subtotal Expenses | $9.38 |
| **TOTAL AMOUNT DUE** | **$9,109.38** |

Please make check payable to Alliant Energy Integrated Services and mail to:
Alliant Energy Integrated Services
12 South Sixth Street
920 Plymouth Building
Minneapolis, MN 55402

**Associated Insurance Agents**
2800 Freeway Blvd
Brooklyn Center, MN 55430-1751
Phone : 763-549-2200 Fax : 763-549-2299

| INVOICE# 18052 | | Page 1 |
|---|---|---|
| ACCOUNT NO. MINNE15 | CSR CB | DATE 11/12/01 |
| PRODUCER Nick Newton | | |
| BALANCE DUE ON 11/12/01 | | |

**Minnesota Metropolitan Council**
33 South Sixth St. #3550
Minneapolis, MN 55402

| Itm # | Eff Date | Trn | Type | Policy # | Description | | Amount |
|---|---|---|---|---|---|---|---|
| 267358 | 11/09/01 | NEW | BOND | UP001 | Injunction Bond | $ | 27,550.00 |
| 267359 | 11/09/01 | BFE | BOND | UP001 | Bond Fee Income | $ | 350.00 |
| | | | | | Invoice Balance: | $ | 27,900.00 |

-27,900
—0—

11-12-01
pd. in full
Nick Newton

A LATE CHARGE OF 1.5% WILL BE ASSESSED ON BALANCES OVER 30 DAYS.

*** PLEASE RETURN ONE COPY WITH YOUR REMITTANCE ***

# STATEMENT

Page 1

**Associated Insurance Agents**
**Incorporated**
**2800 Freeway Blvd**
**Brooklyn Center MN 55430-1751**
**Phone: 763-549-2200 Fax: 763-549-2299**

| ACCOUNT NO. | STATEMENT AS OF |
|---|---|
| MINNE15 | 11/07/2003 |
| PRODUCER | |
| Nick Newton | |
| AMOUNT DUE | AMOUNT PAID |
| $ 27,900.00 | |

**Minnesota Metropolitan Council**
**33 South Sixth St. #3550**
**Minneapolis, MN 55402**

| Inv # | Trn | Eff Date | Description | Amount | Payments/Credits | Balance Due |
|---|---|---|---|---|---|---|
| 22735 | REN | 11/09/03 | InjunctionBondRenExcelEnergy | 27550.00 | 0.00 | 27550.00 |
| 22734 | BFE | 11/09/03 | Bond Fee Income | 350.00 | 0.00 | 350.00 |

Total Balance Due: 27900.00

NOV

**Associated Insurance Agents**
2800 Freeway Blvd
Brooklyn Center, MN 55430-1751
Phone : 763-549-2200 Fax : 763-549-2299

| INVOICE# | 21034 | Page 1 |
|---|---|---|
| ACCOUNT NO. MINNE15 | CSR CB | DATE 02/24/03 |
| PRODUCER Nick Newton | | |
| BALANCE DUE ON 05/29/03 | | |

**Minnesota Metropolitan Council**
33 South Sixth St. #3550
Minneapolis, MN 55402

| Itm # | Eff Date | Trn | Type | Policy # | Description | | Amount |
|---|---|---|---|---|---|---|---|
| 318572 | 05/29/03 | REN | BOND | 1005 | Injunction Bond Renewal | $ | 1,500.00 |
| 318573 | 05/29/03 | BFE | BOND | 1005 | Bond Fee Income | $ | 50.00 |
| | | | | | Invoice Balance: | $ | 1,550.00 |

A LATE CHARGE OF 1.5% WILL BE ASSESSED ON BALANCES OVER 30 DAYS.

***** PLEASE RETURN ONE COPY WITH YOUR REMITTANCE *****

**BASSFORD REMELE**
**A PROFESSIONAL ASSOCIATION**

June 8, 2004
Invoice # 71364 - 91853


Metropolitan Council

Re: Northern States Power Company d/b/a Xcel Energy vs. Fede
I.D. 4155-000001- LAR

| | Costs Advanced | Amount |
|---|---|---|
| 10-22-01 | Parking expense in St. Paul, MN on October 18, 2001.; Scott Andresen | 6.00 |
| 10-24-01 | Parking expense in St. Paul, MN on October 18, 2001.; Andrew L. Marshall | 6.00 |
| 10-31-01 | Parking expense at the Eighth Circuit Court on October 18, 2001.; Lewis A. Remele, Jr. | 6.00 |
| 12-11-01 | Airfare expense to Washington, DC for depositions on 12/13/01.; Andrew L. Marshall | 252.50 |
| 12-26-01 | Hotel expense in Washington, D.C. during depositions on December 12-13, 2001.; Andrew L. Marshall | 353.86 |
| 12-26-01 | Rental car expense in Washington, D.C. during depositions on December 12-13, 2001.; Andrew L. Marshall | 86.50 |
| 12-26-01 | Parking expense at the Minneapolis-St. Paul International Airport on December 12-13, 2001.; Andrew L. Marshall | 26.00 |
| 12-26-01 | Gas expense for the rental car in Washington, D.C. on December 12-13, 2001.; Andrew L. Marshall | 5.78 |
| 12-26-01 | Meal expenses in Washington, D.C. during depositions on December 12-13, 2001.; Andrew L. Marshall | 73.89 |
| 02-06-02 | Parking expense in St. Paul, MN during Mondale deposition on January 30, 2002.; Lewis A. Remele, Jr. | 5.00 |
| 02-06-02 | Parking expense in St. Paul, MN on January 23, 2002.; Andrew L. Marshall | 1.00 |
| | Photocopies | 6,066.75 |
| | Outside Printing | 2,749.50 |
| | Telephone | 161.19 |
| | Online Research | 1,560.00 |
| | Delivery Messenger | 1,521.74 |
| | Postage | 135.62 |
| | Local Travel (.375 per mile) | 43.40 |
| | Meals | 110.31 |
| | Court Costs | 0.00 |
| | Subpoena Fees | 49.75 |
| | Witness Fees | 102.80 |
| | Trial Transcripts | 42.00 |
| | Other Costs | 13.25 |
| | | ------------ |
| | Total Disbursements | $ 13,404.84 |

# Invoice

**Marathon Document Solutions, Inc.**

527 Marquette, Suite 1100
Minneapolis, MN 55402
Federal Tax I.D.#91-2159129

| Date | Invoice # |
|---|---|
| 1/16/2002 | 50 |

| Bill To | Ship To |
|---|---|
| Bassford, Lockhart, Truesdell & Briggs<br>3550 Multifoods Tower<br>Minneapolis, MN<br>55402 | Bassford, Lockhart, Truesdell & Briggs<br>3550 Multifoods Tower<br>Minneapolis, MN<br>55402 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 4155-1 | Net 15 | TR | 1/16/2002 | Free Delivery | Mary Sue | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 6 | ES | 11 X 17 Copy | 0.35 | 2.10T |
| 18 | OSCC | Oversize Color Copies (per square foot) | 11.00 | 198.00T |
| | | Sales Tax | 7.00% | 14.01 |

**Total** $214.11

**XACT Duplicating Services**

Xact Duplicating Services - MNMN
Phone: 612-305-1330
One Financial Plaza
120 S. 6th Street, Suite B-1
Minneapolis, MN 55402

# INVOICE

Invoice Number: 04-27685
Invoice Date: 04/30/01
Customer ID: 04BASSFORD
Page: 1

Bill To: BASSFORD,LOCKHART,TRU
3550 MULTIFOODS TOWER
MINNEAPOLIS, MN 55402

Ship To: BASSFORD,LOCKHART,TRU
3550 MULTIFOODS TOWER
MINNEAPOLIS, MN 55402

| | |
|---|---|
| Ship Via | Delivery |
| Ship Agent | Delivered by Xact |
| Ship Date | 04/30/01 |
| Due Date | 05/15/01 |
| Terms | Net 15 Days |

| | |
|---|---|
| Contact | Scott Andreson |
| P.O. Number | |
| P.O. Date | 04/30/01 |
| Case Number | 4155-1 |
| SalesPerson | Brian Wiczek |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| COPY5100 | Copy Heavy Litigation | Each Item | 4,471 | 804.78 |
| SERV2000 | Services Bates Labeling | Each Item | 4,471 | 268.26 |

Fed. Tax ID #: 43-1685216

Date: ____________

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax |
|---|---|
| 1,073.04 | 0.00 |

| | |
|---|---|
| Subtotal: | 1,073.04 |
| Invoice Discount: | 0.00 |
| Sales Tax: | 75.11 |
| Total: | 1,148.15 |

Received and Approved By: ______________________________

XACT
Duplicating Services
Xact Duplicating Services - MNMN
Phone: 612-305-1330
One Financial Plaza
120 S. 6th Street, Suite B-1
Minneapolis, MN 55402

# INVOICE

Invoice Number: 04-27688

Invoice Date: 04/30/01

Customer ID: 04BASSFORD

Page: 1

Bill To: BASSFORD,LOCKHART,TRU
3550 MULTIFOODS TOWER
MINNEAPOLIS, MN 55402

Ship To: BASSFORD,LOCKHART,TRU
3550 MULTIFOODS TOWER
MINNEAPOLIS, MN 55402

| | |
|---|---|
| Ship Via | Delivery |
| Ship Agent | Delivered by Xact |
| Ship Date | 04/30/01 |
| Due Date | 05/15/01 |
| Terms | Net 15 Days |

| | |
|---|---|
| Contact | Scott Andreson |
| P.O. Number | |
| P.O. Date | 04/30/01 |
| Case Number | 4155-1 |
| SalesPerson | Brian Wiczek |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| COPY5100 | Copy Heavy Litigation | Each Item | 5,328 | 959.04 |
| COPY5000 | Copy Litigation | Each Item | 1,541 | 231.15 |
| COPY8000 | Copy 11x17 | Each Item | 181 | 63.35 |
| OVERS1000 | Oversized | Square Ft | 32 | 28.48 |
| | Documents Produced | | | |
| | From Atty. General | | | |

Fed. Tax ID #: 43-1685216

Date: ______________

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax |
|---|---|
| 1,282.02 | 0.00 |

| | |
|---|---|
| Subtotal: | 1,282.02 |
| Invoice Discount: | 0.00 |
| Sales Tax: | 89.74 |
| Total: | 1,371.76 |

Received and Approved By: ______________________________

COPY

XACT Duplicating Services

Xact Duplicating Services - MNMN
Phone: 612-305-1330
One Financial Plaza
120 S. 6th Street, Suite B-1
Minneapolis, MN 55402

# INVOICE

Invoice Number: 04-32371

Invoice Date: 11/21/01

Customer ID: 04BASSFORD

Page: 1

Bill To: BASSFORD,LOCKHART,TRU
3550 MULTIFOODS TOWER
MINNEAPOLIS, MN 55402

Ship To: BASSFORD,LOCKHART,TRU
3550 MULTIFOODS TOWER
MINNEAPOLIS, MN 55402

| | |
|---|---|
| Ship Via | Delivery |
| Ship Agent | Delivered by Xact |
| Ship Date | 11/21/01 |
| Due Date | 12/06/01 |
| Terms | Net 15 Days |

| | |
|---|---|
| Contact | Scott Andreson |
| P.O. Number | |
| P.O. Date | 11/21/01 |
| Case Number | 4155-1 LRT |
| SalesPerson | MNMN Sales Team |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| COPY5000 | Copy Litigation | Each Item | 9 | 1.35 |
| OVERS1000 | Oversized | Square Ft | 738.75 | 657.49 |

Fed. Tax ID #: 43-1685216

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax |
|---|---|
| 658.84 | 0.00 |

| | |
|---|---|
| Subtotal: | 658.84 |
| Invoice Discount: | 0.00 |
| Sales Tax: | 46.12 |
| Total: | 704.96 |

Date: ____________

Received and Approved By: ______________________________