**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2004, I caused the following document:

1) Objection by Plaintiff to Bill of Costs and Application Therefore of Minnesota Metropolitan Council

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

LEWIS A REMELE JR
CHARLES E LUNDBERG
ANDREW L MARSHALL
BASSFORD REMELE PA
33 SOUTH SIXTH STREET, STE 3800
MINNEAPOLIS MN 55402

ANN K. BLOODHART
DONALD J MUETING
OFFICE OF THE MINNESOTA ATTORNEY GENERAL
1800 NCL TOWER
445 MINNESOTA STREET
ST PAUL MN 55101

MARY L. TRIPPLER
OFFICE OF THE U.S. ATTORNEY GENERAL
600 U.S. COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS, MN 55415

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

PETER BERNARD HOFRENNING
BLUE CROSS BLUE SHIELD
P O BOX 64560
3535 BLUE CROSS ROAD
ST. PAUL, MN 55164

Dated: July 1, 2004

**s/ Thomas J. Basting, Jr.**
Thomas J. Basting, Jr.