**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused the following documents:

**DEFENDANT METROPOLITAN COUNCIL'S MEMORANDUM IN SUPPORT OF ITS BILL OF COSTS**

to be electronically filed with the Clerk of Court through the Court's Electronic Court Filing system and that ECF will send an electronic notice of the filing to the following attorneys:

Timothy R. Thornton
Donald J. Mueting
Mary Trippler

I further certify that I caused a copy of the foregoing documents and the notices of electronic filing to be served upon the following non-ECF participants:

BY:

☐ U.S. MAIL
☐ HAND DELIVERED
☐ FEDERAL EXPRESS
☐ FACSIMILE
☐ OVERNIGHT COURIER
☐ OTHER

Dated: July 8, 2004

s/ Andrew M. Marshall
Attorney for Defendants
Metropolitan Council
BASSFORD REMELE,
A Professional Association
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
612-333-3000
612-333-8829