**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Northern State Power Company,
a Minnesota Corporation, d/b/a
Xcel Energy,

Plaintiff,

Civil No. 01-295 (DWF/JSM)

v.

Federal Transit Administration,
an administration of the United
States Department of Transportation,
the Minnesota Department of
Transportation, Elwyn Tinklenberg,
Commissioner of Transportation,
individually and officially, the
Metropolitan Council and the State
of Minnesota,

Defendants.

COST JUDGMENT

The costs of Defendant have been taxed and allowed by the Clerk of this Court against Plaintiff as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Court Reporter | $10,755.39 | $0 |
| Fees for Disbursements and Printing | $1,335.19 | $1,335.19 |
| Fees for Witnesses | $152.55 | $0 |
| Fees for Exemplification and Copies | $12,255.23 | $0 |
| Other Costs (Expert Fees & Bond Premiums) | $82,753.95 | $57,350.00 |
| TOTAL: | $107,252.31 | $58,685.19 |

Costs, therefore, are taxed in the sum of Fifty Eight Thousand Six Hundred Eighty Five and 19/100 Dollars ($58,685.19) in favor of Defendant Minnesota Metropolitan Council, and

against Plaintiff Northern States Power, d/b/a Xcel Energy, and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of September 8, 2004.

RICHARD D. SLETTEN, CLERK

By /s Brian J. Saame
Brian J. Saame
Law Clerk