# TAXATION OF COSTS SUMMARY

Civil No. 01-295 (DWF/JSM)

Northern State Power Company,
a Minnesota Corporation, d/b/a
Xcel Energy,

v.

Federal Transit Administration,
an administration of the United
States Department of Transportation,
the Minnesota Department of
Transportation, Elwyn Tinklenberg,
Commissioner of Transportation,
individually and officially, the
Metropolitan Council and the State
of Minnesota.

---

I. Fees of the Court Reporter

| | | | |
|---|---|---|---|
| Claimed | $10,755.39 | Allowed | $0 |

Depositions not shown to be necessarily obtained for use in case. Hearing transcripts not shown to be necessarily obtained for use in the case.

II. Fees and Disbursements for Printing

| | | | |
|---|---|---|---|
| Claimed | $1,335.19 | Allowed | $1,335.19 |

III. Fees for Witnesses

| | | | |
|---|---|---|---|
| Claimed | $152.55 | Allowed | $0 |

Witness fees not authorized under 28 U.S.C. § 1920.

IV. Fees for Exemplification and Copies

| | | | |
|---|---|---|---|
| Claimed | $12,255.23 | Allowed | $0 |

Insufficient documentation as to which copies were required to be filed with the Court or on opposing counsel. Therefore, copies not shown to be necessarily obtained for use in case.

IV. Other Costs (Expert Fees and Bond Premiums)

| | | | |
|---|---|---|---|
| Claimed | $82,753.95 | Allowed | $57,350.00 |

Expert fees not authorized under 28 U.S.C. § 1920.

**TOTAL ALLOWED: $58,685.19**

Dated: September 8, 2004