**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Northern States Power Co.,
a Minnesota Corporation d/b/a
Xcel Energy,

Civil File No. 01-295 (JRT/FLN)

Plaintiff,

vs.

Federal Transit Administration, an administration of the United States Department of Transportation; Minnesota Department of Transportation; Elwyn Tinklenberg, Commissioner of Transportation, individually and officially; Minnesota Metropolitan Council; and the State of Minnesota;

Defendants.

**MINNESOTA METROPOLITAN COUNCIL, THE MINNESOTA DEPARTMENT OF TRANSPORTATION AND THE STATE OF MINNESOTA'S AMENDED MOTION FOR SUMMARY JUDGMENT ON THEIR COUNTERCLAIM UNDER MINN. R. 8810.3300**

---

TO: PLAINTIFF AND ITS ATTORNEY, TIMOTHY R. THORNTON, BRIGGS AND MORGAN, P.A., 2200 IDS CENTER, 80 SOUTH EIGHTH STREET, MINNEAPOLIS, MN 55402.

Defendants Metropolitan Council, the Minnesota Department of Transportation and the State of Minnesota respectfully move the Court for an Order granting their motion for summary judgment on their counterclaim and awarding Defendants all reasonable attorney fees incurred in the above-entitled action. This motion is based upon Rule 56 of the Federal Rules of Civil Procedure, the attached Memorandum of Law and Affidavits, all of the files, records, and proceedings herein, and the arguments of counsel at the hearing on Defendants' motion.

BASSFORD REMELE
*A Professional Association*

Dated: October 5, 2004 By s/Andrew L. Marshall

Lewis A. Remele, Jr. (License #90724)
Andrew L. Marshall (License #176849)
Attorneys for Defendant Metropolitan Council
33 South Sixth Street, Suite 3800
Minneapolis, Minnesota 55402-3707
(612) 333-3000

Dated: October 5, 2004 Respectfully submitted,

Mike Hatch
Attorney General
State of Minnesota

s/Donald J. Mueting
Donald J. Mueting
Assistant Attorney General
Atty. Reg. No. 75929
445 Minnesota Street, Suite 1800
St. Paul, Minnesota 55101-2134

(651) 296-3369 (Voice)
(651) 282-2525 (TTY)

Attorneys for Defendants the Minnesota Department of Transportation and the State of Minnesota

429755.doc