**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Northern States Power Co.,
a Minnesota Corporation d/b/a
Xcel Energy,

Plaintiff,

vs.

Federal Transit Administration, an
administration of the United States
Department of Transportation;
Minnesota Department of Transportation;
Elwyn Tinklenberg, Commissioner of
Transportation, individually and officially;
Minnesota Metropolitan Council; and the
State of Minnesota;

Defendants.

Civil File No. 01-295 (JRT/FLN)

**AFFIDAVIT OF**
**ANDREW L. MARSHALL**

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

**ANDREW L. MARSHALL**, being first duly sworn on oath, states as follows:

1. I am an attorney with the law firm of BASSFORD REMELE, A Professional Association, which represents Defendant Metropolitan Council in the above-captioned matter.

2. Attached hereto as Exhibit A is a true and correct copy of the Hiawatha Corridor Light Rail Project Full Funding Grant Agreement between the Federal Transit Administration and the Metropolitan Council.

3. Attached hereto as Exhibit B is a true and correct copy of the January 30, 2001 MnDOT letter to Xcel Energy.

4. Attached hereto as Exhibit C is a true and correct copy of the Court of Appeals decision *Nelson v. Bonnstetter*, 1997 WL 729217 (Minn. App.).

5. The Metropolitan Council incurred $446,264.00 in attorney's fees defending this lawsuit and compelling Xcel Energy to relocate its utility facilities located in the Fifth Street corridor. These fees are reasonable and were necessarily incurred as a result of Xcel Energy's failure to voluntarily remove its facilities from the Fifth Street corridor, as ordered by the Commissioner of the Minnesota Department of Transportation on November 29, 2000. Copies of detailed invoices will be made available for an in camera inspection or as otherwise directed by the Court.

**FURTHER YOUR AFFIANT SAITH NOT.**

Dated: October 5, 2004

s/Andrew L. Marshall
Andrew L. Marshall

Subscribed and sworn to before me
this 5th day of October, 2004.

s/Mary P. Bordian
Notary Public

417983