**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Northern States Power Company, a Minnesota Corporation, d/b/a Xcel Energy,

Plaintiff,

vs.

Federal Transit Administration, an administration of the United States Department of Transportation; Minnesota Department of Transportation; Elwyn Tinklenberg, Commissioner of Transportation, individually and officially; Minnesota Metropolitan Council; and the State of Minnesota,

Defendants.

Civil File No. 01-CV-295 JRT/FLN

**AFFIDAVIT OF**
**DONALD J. MUETING**

STATE OF MINNESOTA )
) ss.
COUNTY OF RAMSEY )

DONALD J. MUETING, being first duly sworn on oath, states as follows:

1. I am an Assistant Attorney General with the Office of the Minnesota Attorney General which represents Defendant Minnesota Department of Transportation; Elwyn Tinklenberg, Commissioner of Transportation, individually and officially; and the State of Minnesota (State Defendants) in the above-captioned matter.

2 The State Defendants incurred $238,642.00 in attorney's fees defending this lawsuit and compelling Xcel Energy to relocate its utility facilities located in the Fifth Street corridor. These fees are reasonable and were necessarily incurred as a result of Xcel Energy's failure to voluntarily remove its facilities from the Fifth Street corridor, as ordered by the

Commissioner of the Minnesota Department of Transportation on November 29, 2000. Copies of detailed invoices will be made available for an in camera inspection or as otherwise directed by the court.

FURTHER YOUR AFFIANT SAYETH NOT.

s/Donald J. Mueting
DONALD J. MUETING

Subscribed and sworn to before me
this 5th day of October, 2004.

s/Notary Public
Notary Public

AG: #1300504-v1