**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE OF**
**MOTION DOCUMENTS AND PROPOSED ORDER**

I hereby certify that on October 5, 2004, I caused the following documents:

Amended Motion for Summary Judgment
Amended Notice of Motion
Memorandum in Support of Motion for Summary Judgment
Affidavit of Donald J. Mueting
Affidavit of Andrew L. Marshall
Proposed Order for Summary Judgment

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Thomas J. Basting, Ann K. Bloodhart, Donald J. Mueting, Timothy R. Thornton, Mary Trippler

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Peter B. Hofrenning, Blue Cross Blue Shield, P.O. Box 64560, 3535 Blue Cross Road, St. Paul, MN 55164

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

The Honorable Donovan Frank

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

Thomas J. Basting, Ann K. Bloodhart, Donald J. Mueting, Timothy R. Thornton, Mary Trippler, Peter B. Hofrenning

Dated: October 5, 2004

s/Andrew L. Marshall
(License #176849)
Attorney for Defendants
BASSFORD REMELE, A Professional Association
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
Phone: (612) 333-3000
Fax: (612) 333-8829