**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused the following documents:

Amended Notice of Motion

to be electronically filed with the Clerk of Court through the Court's Electronic Court Filing system and that ECF will send an electronic notice of the filing to the following attorneys:

Thomas J. Basting, Ann K. Bloodhart, Donald J. Mueting, Timothy R. Thornton, Mary Trippler

I further certify that I caused a copy of the foregoing documents and the notices of electronic filing to be served upon the following non-ECF participants:

BY:

| | |
|---|---|
| ☐ U.S. MAIL | ☐ FACSIMILE |
| ☐ HAND DELIVERED | ☐ OVERNIGHT COURIER |
| ☐ FEDERAL EXPRESS | ☐ OTHER |

Dated: October 6, 2004

s/Andrew L. Marshall

Andrew L. Marshall (License #176849)
Attorney for Defendants
BASSFORD REMELE,
A Professional Association
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
612-333-3000
612-333-8829

437460.doc