**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Northern States Power Co.,
a Minnesota Corporation d/b/a
Xcel Energy,

Plaintiff,

vs.

Federal Transit Administration, an
administration of the United States
Department of Transportation;
Minnesota Department of Transportation;
Elwyn Tinklenberg, Commissioner of
Transportation, individually and officially;
Minnesota Metropolitan Council; and the
State of Minnesota;

Defendants.

Civil File No. 01-295 (DWF/JSM)

**AMENDED NOTICE OF MOTION**

---

TO: PLAINTIFF AND ITS ATTORNEY, TIMOTHY R. THORNTON, BRIGGS AND MORGAN, P.A., 2200 IDS CENTER, 80 SOUTH EIGHTH STREET, MINNEAPOLIS, MN 55402.

**PLEASE TAKE NOTICE THAT** the undersigned will bring a Motion for Summary Judgment on its Counterclaim under Minn. R. 8810.3300 before The Honorable Donovan W. Frank, on January 14, 2005 at 11:00 a.m. at the United States Courthouse, Warren E. Burger Federal Building, 316 North Robert Street, St. Paul, Minnesota 55101, for summary judgment.

**BASSFORD REMELE**
***A Professional Association***

Dated: October 21, 2004 By s/Andrew L. Marshall
Lewis A. Remele, Jr. (License #90724)
Andrew L. Marshall (License #176849)
Attorneys for Defendant Metropolitan Council
33 South Sixth Street, Suite 3800
Minneapolis, Minnesota 55402-3707
(612) 333-3000

Dated: October 21, 2004 Respectfully submitted,

Mike Hatch
Attorney General
State of Minnesota

s/Donald J. Mueting
Donald J. Mueting
Assistant Attorney General
Atty. Reg. No. 75929
445 Minnesota Street, Suite 1800
St. Paul, Minnesota 55101-2134

(651) 296-3369 (Voice)
(651) 282-2525 (TTY)

Attorneys for Defendants the Minnesota Department of Transportation and the State of Minnesota