**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Northern States Power Co.,
a Minnesota Corporation d/b/a
Xcel Energy,

Civil File No. 01-295 (DWF/JSM)

Plaintiff,

vs.

**SATISFACTION OF ORDER TAXING COSTS**

Federal Transit Administration, an
administration of the United States
Department of Transportation;
Minnesota Department of Transportation;
Elwyn Tinklenberg, Commissioner of
Transportation, individually and officially;
Minnesota Metropolitan Council; and the
State of Minnesota;

Defendants.

---

**WHEREAS,** an order awarding costs (Order) was entered by the Court in the above action in favor of Defendant Minnesota Metropolitan Council (Defendant) and against Plaintiff Northern States Power Company d/b/a Excel Energy (Plaintiff) in the amount of $58,685.19 on September 8, 2004; and

**WHEREAS,** satisfaction of said Order is hereby acknowledged by Defendant and the Clerk of Court is hereby authorized and directed to make entry of satisfaction on the docket of said Order as against Plaintiff, and to cancel and discharge any judgment that may have been entered pursuant to that Order; and

**WHEREAS,** this satisfaction does not in any way satisfy, waive or release any claims that defendant Metropolitan Council has pursuant to its counterclaim against Northern States Power Company d/b/a Xcel Energy which is still pending before this Court.

**BASSFORD REMELE**
***A Professional Association***

Dated: November 2, 2004

By ______________________

Lewis A. Remele, Jr. (License #90724)
Charles E. Lundberg (License #6502X)
Andrew L. Marshall (License #176849)
Attorneys for
33 South Sixth Street, Suite 3800
Minneapolis, Minnesota 55402-3707
(612) 333-3000