UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Northern States Power Company,
a Minnesota Corporation, d/b/a Xcel Energy

Plaintiff,

vs.

Federal Transit Administration, an administration of the United States Department of Transportation, Minnesota Department of Transportation, Elwyn Tinklenberg, Commissioner of Transportation, individually and officially, Minnesota Metropolitan Council, and the State of Minnesota.

Defendants.

**Civil No. 01-CV-295 DWF/JSM**

**AFFIDAVIT OF THOMAS J. BASTING, JR.**

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

THOMAS J. BASTING, JR., being under oath, states as follows:

1. I am an attorney with the law firm of Briggs and Morgan. I am one of the attorneys representing Northern States Power Company, d/b/a Xcel Energy ("Xcel Energy"). In addition to the present action, the following certiorari cases arose out of the LRT dispute between Xcel Energy and MnDOT and Met Council:

*Northern States Power Co. v. Minnesota Dept. of Transp.*, 2002 WL 555163 (Minn. App. April 16, 2002).

*Northern States Power Co. v. Minnesota Dept. of Transp.*, 2002 WL 2004718 (Minn. App. Sept. 3, 2002).

Xcel Energy also petitioned for a writ of mandamus seeking to compel condemnation of its downtown substation because LRT track blocked access:

> *Northern States Power Co. v. Minnesota Metropolitan Council, et al.*, 684 N.W.2d 485 (Minn. 2004).

Met Council was represented by the Bassford Remele firm in all cases. Similarly, MnDOT was represented by the Minnesota Attorney General in all LRT cases.

2. Attached as Exhibit A is a copy of Memorandum and Order signed by Judge John R. Tunheim, dated September 10, 2002.

3. Attached as Exhibit B is a copy of the Letter of Intent, dated August 18, 2000.

4. Attached as Exhibit C is copy of the January 30, 2001 letter from Vicki L. Barron and Robert Winter to James F. Kucera.

5. Attached as Exhibit D is a copy of the MnDot's Notice and Order to Xcel Energy, dated January 22, 2002, signed by Elwyn Tinklenberg.

6. Attached as Exhibit E is a copy of the Franchise Agreement.

7. Attached as Exhibit F is a copy of Minn. R. 8810.3300.

8. Attached as Exhibit G is a copy of the United States District Court for the District of Columbia's unpublished memorandum opinion on remand in *World Wide Minerals Ltd. v. Republic of Kazakhstan*, No. 98-CV-1199 (RCL).

Thomas J. Basting, Jr.

Subscribed and sworn to before me
this 23rd day of December, 2004.

Notary Public

WANDA M. COTTON
Notary Public
Minnesota
My Commission Expires Jan. 31, 2005