EXHIBIT 20

# Hiawatha Light Rail Transit
# NSP Utility Relocation on Fifth Street
# Letter of Intent

Northern States Power (NSP) owns major electrical facilities on Fifth Street in downtown Minneapolis. The Hiawatha Light Rail Transit (LRT) project is planned to run on Fifth Street, potentially impacting existing NSP facilities.

After working together for over a year to develop a solution to the NSP/LRT conflicts, representatives of NSP and the Minnesota Department of Transportation (Mn/DOT) have reached a consensus on the most responsible technical solution that will result in the lowest cost to the public given the fixed route selected.

In concurrence with the recommendations of an independent consultant hired to review the issue, the proposed solution includes the construction of two new concrete duct banks and several new concrete manholes that will accommodate NSP's electrical infrastructure.

In order to achieve the lowest possible cost for this work, Mn/DOT has conceptually agreed to include the construction of the new concrete manholes and duct banks in the Design/Build (D/B) contract for LRT construction. The strategy is for the D/B contractor to construct the concrete duct banks and manholes and be compensated through the D/B contract by Mn/DOT. NSP will then reimburse Mn/DOT for the expenses incurred for this work. NSP will be responsible for performing the electrical cabling installation in the new structures. Under this premise, the D/B contractor retains control of the schedule in performing its work.

During negotiations for the D/B contract, the D/B contractor with whom MnDOT has entered into negotiations has been informed of the probability of adding this work to the D/B contract. The prospective contractor is prepared to submit a cost estimate for the NSP work by mid-September, 2000. Provided the cost estimate for the work is acceptable, NSP will then enter into a relocation agreement with Mn/DOT.

In addition, MnDOT has indicated it would support additional state statutory language for future LRT projects or project extensions wherein private utility relocation costs be considered eligible reimbursable expenses for FTA federal funding purposes.

In concurrence, dated this 18th day of August, 2000:

Elwyn Tinklenberg, Commissioner
Minnesota Department of Transportation

Kent Larson, State Vice President
Northern States Power

Garry Higdem, Vice President
Minnesota Transit Constructors

**EXHIBIT B**