Minnesota Department of Transportation

Transportation Building
395 John Ireland Boulevard
St. Paul, Minnesota 55155-1899

EXHIBIT
7

January 30, 2001

James F. Kucera
Project Director, Light Rail Transit
Xcel Energy
414 Nicollet Mall (Ren. Sq. 4)
Minneapolis, MN 55401

Dear Mr. Kucera,

I am writing this letter on behalf of the Commissioner of the Minnesota Department of Transportation (Mn/DOT).

The first meeting regarding utilities along the Hiawatha Light Rail Transit (LRT) corridor was held in January of 1999. You and I began discussions about the Xcel Energy (then NSP) infrastructure in Downtown Minneapolis when I first joined the Hiawatha LRT project in June of 1999. I appreciate the efforts that you have contributed toward resolving issues of the coexistence of Xcel and LRT facilities on Fifth Street. We at the Hiawatha Project Office (HPO) have spent countless hours in trying to find solutions that minimize the impact to your facilities. Even though we disagree on the degree of reconstruction necessitated by LRT, we have attempted to find an alternative that would have incorporated your work into our design/build contract, resulting in completely reconstructed Xcel infrastructure at a highly competitive price to Xcel. This agreement would have resulted in truly a Win/Win solution to a complex problem...Xcel Energy would have entirely modernized facilities that would ensure customer reliability for years to come, and the D/B contractor and HPO would maintain the LRT project schedule and budget. Representatives of Xcel, Mn/DOT and Minnesota Transit Constructors signed a Letter of Intent on August 18th, 2000 confirming our commitment.

Subsequently, a Notice and Order was issued to Xcel and to all other utilities by the Commissioner of Transportation to "assess the impacts of LRT construction to your facilities, and to take the appropriate action to relocate, adjust and/or protect your facilities accordingly." The Notice and Order (issued to Xcel on November 29, 2000) requires submission of a plan and schedule within thirty days (December 29, 2000) for all relocation and/or adjustment work, and the commencement of construction within ninety days (February 27, 2001). The Commissioner of Transportation subsequently extended the December 29, 2000 deadline until January 19, 2001.

Although promising new ideas for minimizing the necessary reconstruction efforts continue to emerge, we are advised that Xcel Energy has chosen to suspend technical discussions toward resolution of design issues to the level desired by Xcel. It has always been Mn/DOT's position that the level of utility relocation requested by Xcel was not

**EXHIBIT C**

necessary for construction of LRT. Few, if any, of Xcel's facilities are *physically* in conflict with the planned LRT construction on Fifth Street. The scope of work that Xcel had indicated was desirable will take approximately a year to design and construct. The window of opportunity to reach an agreement that includes performing that scale of work is closing fast. The D/B contractor intends to begin LRT construction on Fifth Street in early 2002.

In order to ensure that the Hiawatha LRT project remains on schedule and on budget, we need to receive from Xcel Energy the required plan and schedule by **February 15, 2001.** Commencement of construction needs to begin by **February 27, 2001** as required. All relocation and/or adjustment work must be completed by **February 1, 2002** in order to avoid delays in the LRT schedule and the large costs associated with such delays.

If a plan and schedule is not received from Xcel Energy by February 15, 2001, the Commissioner of Transportation will conclude that Xcel facilities will be left in place at Xcel's own risk. Commissioner Tinklenberg has directed me to inform Xcel Energy that the plan then will be to construct the LRT project over the in-place utilities. Any utility obstructions will be dealt with by the LRT contractor and costs associated with such work will be billed to the owner of the utility. The space within Fifth Street that HPO had dedicated to new Xcel facilities will be released to other utility companies for relocation or new installations in 2001. Based on our previous discussions, it is likely that LRT construction in this manner west of Nicollet Avenue will cause more significant accessibility impacts to your facilities than would occur east of Nicollet.

LRT construction will begin on Fifth Street as planned in February of 2002. There can be no delays in this schedule. As you are aware, the potential costs of delay in this project are very high and those additional costs would only hurt the public. Therefore, Mn/DOT must take all necessary steps to keep the project on schedule.

Sincerely,

Vicki L. Barron, P.E.
Construction/Utilities Engineer
Hiawatha Project Office

Robert Winter
Assistant Division Engineer
Metro Division

cc: Elwyn Tinklenberg, Mn/DOT
John Caroon, HPO