Light Rail Transit Hiawatha Avenue

# XCEL ENERGY

# NOTICE AND ORDER

You are hereby notified that the Minnesota Department of Transportation (Mn/DOT) will be performing construction upon, along and adjacent to Hiawatha Light Rail Transit (LRT) Corridor from Nicollett Ave. to 1ST Ave. N., located in Hennepin County, Minnesota. Xcel Energy has certain utility facilities that are within both the right of way of the LRT Corridor and the construction limits of the project. Since the utility facilities may be impacted by LRT construction, the relocation and/or adjustment of the facilities may be required.

In accordance with the terms of this notice, and consistent with the results of our Utility Coordination Contract, and our correspondence and discussions over the past 2 months, you are hereby ordered to assess the impacts to your facilities by LRT construction, and take the appropriate action to relocate, adjust and/or protect your utility facilities accordingly. This Notice also orders Xcel Energy to commence with work by obtaining any needed materials and contacting Mn/DOT's Hiawatha Project Office (HPO) Design/Build Project Manager, John Caroon, and HPO Construction/Utility Engineer, Vicki Barron, to schedule the work. Xcel Energy will also be responsible for submitting to Mn/DOT's Hiawatha Project Office a Mn/DOT Utility Permit form 2525 along with four copies of proposed plans for any fieldwork related to the relocation and/or adjustment of utility facilities within or crossing the Hiawatha Light Rail Transit Corridor's right of way. Xcel Energy , within 30 days of completion of all work, will also supply four sets of "As Built" plans in accordance with the Special Provisions of the permit.

Upon receipt of this Notice and Order, Xcel Energy is required to submit, within 15 days, a plan and a detailed schedule to Mn/DOT's HPO Design/Build Project Manager and HPO Construction/Utility Engineer for ***all relocation and/or adjustment*** work within the area described above. With the plan and schedule, provide the name; address; telephone number; and fax number of the person who will be in charge of the relocation. All such operations will be under the direction of HPO Design/Build Project Manager and HPO Construction/Utility Engineer and will be coordinated with the operations of Mn/DOT's contractor for the Light Rail Transit construction.

A copy of this Notice and Order will be provided to the design/build contractor who was awarded this project. In scheduling the construction staging, the design/build contractor has relied upon your prompt attention to your obligations under this Notice and Order.

Due to the early involvement needed in the design/build contractor's coordination and design process, Xcel Energy will be required to commence with construction on this relocation and/or adjustment work within 30 days after receipt of this Notice and Order in order to complete the relocation and/or adjustment by June 1, 2002. Failure to comply with this Notice and Order will make Xcel Energy liable for any and all damages that result there from. Failure to submit a relocation plan and schedule to Mn/DOT's HPO Design/Build Project Manager and HPO Construction/Utility Engineer, as required above, will be used as evidence to justify a contractor's claim against Xcel Energy for a delay of work.

Upon completion of the utility relocation, Xcel Energy will restore drainage and slopes to the satisfaction of Mn/DOT's HPO Design/Build Project Manager and HPO Construction/Utility Engineer. In addition, Xcel Energy will restore all pollution control measures that were disturbed by the Utility relocation operations. This will be done in accordance with the National Pollutant Discharge Elimination System permit issued for Mn/DOT's construction project.

Date: January 22, 2002

By: [signature]
Elwyn Tinklenberg
Commissioner of Transportation

**EXHIBIT D**