**UNITED STATE DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Northern States Power Company, a Minnesota corporation d/b/a Xcel Energy

Plaintiff,

v.

Federal Transit Administration, an administration of the United States Department of Transportation, Minnesota Department of Transportation, Elwyn Tinklenberg, Commissioner of Transportation, individually and officially, Minnesota Metropolitan Council, and the State of Minnesota,

Defendants.

Court File No. 01-295 DWF/JSM

**AFFIDAVIT OF**
**JAMES F. KUCERA**

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

JAMES F. KUCERA, being under oath, states as follows:

1. My name is James F. Kucera. I am an adult resident of Dakota County, Minnesota.

2. I graduated from the University of Minnesota, Institute of Technology, with a Bachelor of Electrical Engineering degree, in June, 1981. I have been a Registered Professional Engineer in the State of Minnesota since February, 1986.

3. I have been employed by Xcel Energy and predecessor Northern States Power Company since September, 1978. I have spent ten years in two separate time periods in Substation Engineering & Construction Department in several positions, including Student

Engineer through Substation Engineer, five years in Distribution Engineering as Traveling Engineer, five years in Newport Area as Senior Area Engineer, three years as Key Account Representative in Industrial Sales, three months in Community and Local Government Relations Department at Shorewood as Community Relations Manager. I am presently again in the Substation Engineering Department as of June 2002 through present as Principal Substation Engineer.

4. I was Xcel Energy's Project Director, Light Rail Transit, from April, 1999 through the end of the relocation project. I was Xcel Energy's main contact person for LRT-related discussions, planning, and other work during that time and responsible for overseeing the implementation of any required LRT relocation work in a safe and timely manner.

5. In my capacity as Xcel Energy's LRT Project Director I had to become familiar with the structure, layout, composition, and history of the Xcel Energy facilities affected by LRT – particularly those facilities located under Fifth Street in downtown Minneapolis. I learned that that the company has maintained underground electrical wires, duct banks, conduits, manholes, and similar facilities under Fifth Street since the early years of the 20th century. I also learned that the substation located at the corner of Fifth Street and Nicollet Mall was built in the early 1960s and became operational in spring 1963. Although Xcel Energy has had to work on or improve underground Fifth Street facilities over the years, many, if not most, of the duct banks and related facilities under Fifth Street were built either before or at the time the substation was constructed.

6. In my capacity as Xcel Energy's Principal Substation Engineer I had to become familiar with substation facilities including those located under Fifth Street in downtown Minneapolis. I learned that the company has maintained substation facilities on Fifth Street

since spring 1963, with those facilities planned and constructed in the early 1960's. I also learned that equipment had been added but the substation structure and main facilities date back to at least 1963.

JAMES F. KUCERA

Subscribed and sworn to before me
this 21st day of December, 2004.

Notary Public

WANDA M. COTTON
Notary Public
Minnesota
My Commission Expires Jan. 31, 2005

1721345v1



1721509v1