**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2004, I caused the following documents:

1) Plaintiff's Memorandum of Law in Opposition to LRT Defendants State of Minnesota and Minnesota Metropolitan Council's Motion for Summary Judgment and in Support of Their Cross Motion to Dismiss Or, in the Alternative, for Summary Judgment;

2) Affidavit of Thomas J. Basting, Jr.; and

3) Affidavit of James F. Kucera

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

ANN K. BLOODHART
DONALD J MUETING
OFFICE OF THE MINNESOTA ATTORNEY GENERAL
1800 NCL TOWER
445 MINNESOTA STREET
ST PAUL MN 55101

LEWIS A REMELE JR
ANDREW L MARSHALL
BASSFORD REMELE PA
33 SOUTH SIXTH STREET, STE 3800
MINNEAPOLIS MN 55402

MARY L. TRIPPLER
OFFICE OF THE U.S. ATTORNEY GENERAL
600 U.S. COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS, MN 55415

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

PETER BERNARD HOFRENNING
BLUE CROSS BLUE SHIELD
P O BOX 64560
3535 BLUE CROSS ROAD
ST. PAUL, MN 55164

Dated: December 23, 2004

**s/ Thomas J. Basting, Jr.**
Thomas J. Basting, Jr.