# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | | |
|---|---|---|
| NORTHERN STATES POWER, Plaintiff, | ) | **COURT MINUTES** BEFORE: DONOVAN W. FRANK U.S. Judge |
| v. | ) | |
| FEDERAL TRANSIT ADMINISTRATION, ET AL., Defendant. | ) | Case No: 01-295(DWF/JSM)<br>Date: JANUARY 14, 2005<br>Court Reporter: JEANNE ANDERSON<br>Time Commenced: 11:00<br>Time Concluded: 12:00<br>Time in Court: 1 Hour & Minutes |

Hearing on: **STATE DEFTS. MOTION FOR SUMMARY JUDGMENT (175) - TAKEN UNDER ADVISEMENT.**

APPEARANCES:

Plaintiff: TIMOTHY THORNTON
Defendant: DONALD MUETING for State Defts and
ANDREW MARSHALL for Minnesota Metropolitan Counsel

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Lowell Lindquist
Deputy Clerk