AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Northern States Power Company, a Minnesota corporation d/b/a as Excel Energy

V.

Federal Transit Administration, an administration of the United States Department of Transportation, Minnesota Metropolitan Council, State of Minnesota; Minnesota Department of Transportation; and Carol Molnau, Lieutenant Governor

## JUDGMENT IN A CIVIL CASE

Case Number: 01-295 DWF/JSM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendants Minnesota Department of Transportation's and Minnesota Metropolitan Council's motion for summary judgment is denied. Plaintiff Xcel Energy's motion for Summary Judgment as presented in its written memorandum is granted.

February 28, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Victoria Moralez
(By) Victoria Moralez, Deputy Clerk